AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Andrew Hazelton | ) | Case No. |
| | ) | 2:21-mj-111-JHR |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 29, 2021 _____ in the county of _____ Cumberland _____ in the

_____ District of _____ Maine _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2); 2256(8)(A) | The Defendant knowingly possessed a Samsung cell phone containing images of child pornography, as defined in 18 U.S.C. § 2256(8)(A). Specifically, the defendant possessed child pornography video files. The video files had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

See Affidavit of FBI Task Force Officer Jonathan A. Duquette attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Jonathan A. Duquette, FBI
*Printed name and title*

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: __Apr 30 2021__

City and state: ____ Portland, ME ____

_____
*Judge's signature*

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*