## UNITED STATES v. ANDREW HAZELTON

### SYNOPSIS – COMPLAINT

| | | |
|---|---|---|
| **Name:** | | Andrew Hazelton |
| **Address:** (City & State Only) | | Portland, Maine |
| **Year of Birth and Age:** | | 1993 (28 years old) |
| **Violations:** | Count 1: | Possession of child pornography. 18 U.S.C. § 2252A(a)(5)(B). |
| **Penalties:** | Count 1: | Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2252A(b)(2). |
| **Supervised Release:** | Count 1: | At least 5 years, maximum of life. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. 18 U.S.C. § 3583(k). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Life. 18 U.S.C. § 3583(k). |
| **Defendant's Attorney:** | | TBD |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | FBI<br>Task Force Officer Jonathan A. Duquette |
| **Detention Status:** | Probable cause arrest was made, detention motion to be filed. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100.<br>18 U.S.C. § 3013(a)(2)(A).<br><br>Not more than $17,000.<br>18 U.S.C. § 2259A(a)(1).<br><br>$5000, if Defendant is found to be non-indigent.<br>18 U.S.C. § 3014(a). |